# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| CHALMERS A. SIMPSON, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 1:19-CV-971 |
| v. | (MEHALCHICK, M.J.) |
| DORY A. THOMPSON, | |
| Defendant. | |

## ORDER

AND NOW, this 27th day of February, 2020, for the reasons set forth in the Memorandum Opinion filed concurrently with this Order, Defendant Dory A. Thompson's motion to dismiss (Doc. 10) is **GRANTED**, and the Clerk of Court is directed to close this case.

**Dated: February 27, 2020**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**